# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

No. 1D20-340

—————————————————

JOSEPH W. ATKINS,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

—————————————————

On appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

September 29, 2020

PER CURIAM.

   AFFIRMED.

ROBERTS, ROWE, and KELSEY, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Joseph W. Atkins, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.